# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **THOMAS F. BALL III**<br>CHIEF CIRCUIT MEDIATOR<br>PALMYRA, VIRGINIA | **DONNA S. HART**<br>SENIOR RESIDENT CIRCUIT MEDIATOR<br>c/o U. S. P. O., 2330 Broad Street<br>DURHAM, NC 27704-3004<br>(919) 245-1390<br>FAX (919) 245-1395<br>Donna_Hart@ca4.uscourts.gov | **FRANK C. LANEY**<br>CIRCUIT MEDIATOR<br>CARY, NORTH CAROLINA<br><br>**EDWARD G. SMITH**<br>CIRCUIT MEDIATOR<br>DUNCAN, SOUTH CAROLINA |

April 23, 2014

Re: 14-1239, Capital City Real Estate, LLC v. Certain Underwriters at Lloyd

## NOTICE OF FOLLOW-UP MEDIATION

Dear Counsel:

This letter will confirm that a follow-up mediation conference has been scheduled for **May 8, 2014, at 10:00 a.m.** EASTERN time. This follow-up mediation session will include discussion of the possibility of resolving the underlying case, <u>Standard Fire Insurance Company v. 57 Bryant Street, NW Limited Partnership</u>, which is presently pending in the Superior Court of the District of Columbia.

Thank you for your assistance in this matter.

Sincerely,

Donna S. Hart
Senior Resident Circuit Mediator

Copies:  Matthew M. Davey
  Robert Lawrence Ferguson Jr.
  Georgia S. Foerstner
  Scott E. Snyder
  Ann Doherty Ware