FILED: August 13, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1239
(1:13-cv-01384-MJG)

_____

CAPITAL CITY REAL ESTATE, LLC

      Plaintiff - Appellant

v.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, Subscribing to Policy Number: ARTE018240

      Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 09/22/2014

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk