# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 23, 2014

_____

DOCKET CORRECTION NOTICE

_____

No.    14-1239,        <u>Capital City Real Estate, LLC v. Certain Underwriters at Lloyd</u>
                        1:13-cv-01384-MJG

TO:    Georgia S. Foerstner
       John Michael Clark

FILING CORRECTION DUE:  September 25, 2014

Please make the correction identified below and file a corrected document by the date indicated.

[ X] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

Jeffrey S. Neal, Deputy Clerk
804-916-2702